**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LINDA R. IBARRA,

Plaintiff,

v. Case No. 8:25-cv-1845-KKM-AEP

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

**ORDER**

The United States Magistrate Judge recommends reversal of the Social Security Administration's denial of Linda R. Ibarra's claim and remand for further proceedings. The remand is recommended to allow the Administrative Law Judge (ALJ) to "consider [Ibarra's] somatic symptom disorder in the [ALJ's] evaluation of [Ibarra's] subjective symptom complaints" and "to explain how the [ALJ] considered the consistency factor with respect to Dr. Eastridge's opinion." *See* R. & R. (Doc. 18) at 15. The fourteen-day deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any opposition to the recommendation and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation in full. Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order for all purposes.
2. The Commissioner's decision denying Ibarra's claim is **REVERSED** and the action is **REMANDED** to the Commissioner for further administrative proceedings consistent with the reasons stated in the Report and Recommendation.

3. The Clerk is directed to **ENTER** judgment, which shall read, "The Commissioner's decision is reversed, and this action is remanded for further proceedings." The Clerk is directed to **TERMINATE** any pending motion and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on August 10, 2026.

Kathryn Kimball Mizelle
United States District Judge